WILSON TURNER KOSMO LLP
ROBIN A. WOFFORD (137919)
HUBERT KIM (204957)
550 West C Street, Suite 1050
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  rwofford@wilsonturnerkosmo.com
E-mail:  hkim@wilsonturnerkosmo.com

Attorneys for Defendant
EQUILON ENTERPRISES LLC

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| AID, INC. a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No. CV09-07188 ODW (PLAx)<br><br>**JUDGMENT**<br><br>Complaint Filed:  October 2, 2009<br><br>Date:  July 19, 2010<br>Time:  1:30 p.m.<br>Courtroom:  11<br>Judge:  Otis D. Wright II<br>M. Judge:  Paul L. Abrams<br>Pre-Trial Conference:  August 9, 2010<br>Trial Date:  August 31, 2010 |

1     Defendant Equilon Enterprises LLC dba Shell Oil Products US's ("Equilon")
2 Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment
3 came on regularly for hearing at 1:30 p.m. on July 19, 2010 in Courtroom 11 of this
4 Court, the Honorable Otis D. Wright II, presiding.  Upon full consideration of all the
5 papers submitted in support of and in opposition to the motion, the evidence presented
6 by the parties, the issues having been duly heard and a decision having been duly
7 rendered,

8     **IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of
9 Defendant Equilon Enterprises LLC, that Plaintiff Aid, Inc. take nothing, that the
10 action be dismissed on the merits and that Defendant Equilon Enterprises LLC recover
11 its costs.

13 Dated: July 23, 2010

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

Case No. CV09-07188 ODW (PLAx)
JUDGMENT