JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AID, INC., a California corporation,<br><br>                 Plaintiff,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, and DOES 1 through 10, Inclusive,<br><br>                 Defendants. | Case No.: **CV 09-07188 ODW (PLAx)**<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

///

///

///

# ORDER

Plaintiff AID, INC. and Defendant EQUILON ENTERPRISES LLC, being all of the parties of record in this action, having reached a settlement which is reflected in a written settlement agreement, and having stipulated by and through their counsel of record, and the Court having accepted the stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE, including as to unnamed "Doe" defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that each of the parties shall bear his or its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

Dated: __May 10__, 2012

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT COURT JUDGE